| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Christopher S. Porrino<br>Acting Attorney General of New Jersey<br>James M. Bennett, Deputy Attorney General<br>PO Box 119<br>Trenton NJ 08625-0119<br>609-984-2901 |
| In Re:<br>Darren Jackson<br><br>N.J. Dept. of Labor v. Darren Jackson |



Order Filed on June 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    16-1546-VFP

Chapter:    7

Judge:    Hon. Vincent F. Papalia

ORDER DIRECTING
REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

DATED: June 29, 2016

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____James M. Bennett_____, and regarding _____Docket #1, Item 2 (Attachment 3, Exhibit)_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*